No. 351. BROWN PAPER MILL CO., INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Ash* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 411. BARNARD-CURTISS COMPANY ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF D. W. FALLS CONSTRUCTION CO. ET AL.; and

No. 455. UNITED STATES FOR THE USE AND BENEFIT OF D. W. FALLS CONSTRUCTION CO. ET AL. *v.* BARNARD-CURTISS COMPANY ET AL. C. A. 10th Cir. Certiorari denied. *Darrell J. Skelton* for petitioners in No. 411. *John B. Tittmann* for the D. W. Falls Construction Co. et al. Reported below: 257 F. 2d 565.

No. 440. BEAN ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Thurman Arnold* and *W. Morgan Hunter* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, David R. Warner* and *S. Billingsley Hill* for the United States.

No. 441. TANZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James J. Silver* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Robert S. Erdahl* for the United States.

No. 444. PETROLITE CORPORATION, LTD., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Everett B. Laybourne* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *John G. Laughlin, Jr.* for the United States.